

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00178-CR

**GWENDOLYN GAIL OLLIE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the County Court at Law No. 1
Brazos County, Texas
Trial Court No. 07-00485-CRM-CCL1

## MEMORANDUM OPINION

Appellant filed a pro se notice of appeal of her DWI conviction and moved the trial court to appoint counsel for her appeal. After a hearing, the trial court found that Appellant was not indigent and denied appointed counsel. The Clerk's Record reflects that Appellant thereafter sent to the trial court a handwritten letter dated April 4, 2011 and signed by Appellant. Appellant's letter states that, because Appellant cannot afford an attorney for her appeal, she is withdrawing her request (to appeal). Also on April 4, 2011, the trial court signed a jail order stating in part that Appellant withdrew her

appeal that day. Appellant signed that order, and by signing it, she acknowledged, agreed, and understood the order's terms.

We have not issued a decision in this appeal, and Appellant personally signed the document withdrawing her appeal. *See* TEX. R. APP. P. 42.2(a). This appeal is therefore dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed July 6, 2011
Do not publish
[CR25]